UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
Mariela Simeonova,



                 Plaintiff,

                                                     09 Civ.9454(RWS)

      vs.

                                                       O R D E R

The U.S. Department of
Homeland Security,
District adjudications
Officer Bince.

                 Defendant.
----------------------------------X

**Sweet, D.J.,**

    Plaintiff filed this action on November 13, 2009 but has failed to serve defendant within 120 days of filing in violation of Rule 4(m), Fed. R. Civ. P.

    For failure to prosecute, the above-entitled action is hereby dismissed without prejudice.

    Plaintiff is given an additional thirty (30) days to show cause why the case should be reopened.

    It is so ordered.

**New York,NY**
**April 13, 2010**

                                                 ROBERT W. SWEET
                                                     U.S.D.J.